IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| [SEALED],<br><br>    Plaintiffs,<br><br>v.<br><br>[SEALED],<br><br>    Defendants. | CIVIL CASE NO. 3:17-cv-01040<br>JUDGE TRAUGER<br><br>**FILED *IN CAMERA***<br>**FILED UNDER SEAL**<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR EXENSION OF (1) TIME TO ELECT TO INTERVENE AND (2) THE SEAL |

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR EXENSION OF (1) TIME TO ELECT TO INTERVENE AND (2) THE SEAL**

DECLARATION IN SUPPORT OF
MOTION FOR (1) TIME TO ELECT TO
INTERVENE AND (2) THE SEAL
NO. 3:17-CV-01040

1

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

Case 3:17-cv-01040   Document 22   Filed 10/06/17   Page 1 of 4 PageID #: 203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GREGG BECKER,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., et al.,<br><br>Defendant. | CIVIL CASE NO.: 3:17-CV-01040<br>JUDGE TRAUGER<br><br>**FILED *IN CAMERA*<br>AND FILED UNDER SEAL**<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR EXENSION OF (1) TIME TO ELECT TO INTERVENE AND (2) THE SEAL |

I, KARL SLOAN, declare as follows:

1. I am an Assistant Washington State Attorney General, representing the State of Washington in the above referenced matter.

2. That on October 3, 2017, pursuant to 31 U.S.C. § 3730(b)(3), the United States of America moved for an order for an extension of time of 180 days, up to and including April 10, 2018, for the United States to consider whether to intervene in the above-captioned qui tam action, and for the Complaint and other filings to remain under seal until further order of this Court. The motion on October 3, 2017, was the first request for an extension by the United States.

3. That according to the motion filed by the United States, the Relator, through counsel, concurred with the request.

DECLARATION IN SUPPORT OF MOTION FOR (1) TIME TO ELECT TO INTERVENE AND (2) THE SEAL NO. 3:17-CV-01040

2

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

Case 3:17-cv-01040   Document 22   Filed 10/06/17   Page 2 of 4 PageID #: 204

4. Because the Relator's Complaint invoked both the False Claims Act, 31 U.S.C. § 3729-3732 and the Washington State Medicaid Fraud False Claims Act, RCW § 74.66.005 *et seq.*, the State of Washington is coordinating its investigative efforts with the United States. Assistant U.S. Attorney Jason Ehrlinspiel represents the United States in this matter.

5. That pursuant to the Washington False Claims Act, RCW 74.66.050(3), the State of Washington submits this Declaration in support of its motion for an Order for an Extension from October 10, 2017, to and including April 10, 2018, in which to notify this Court of its decision whether to intervene in the above-referenced False Claims Complaint for *qui tam* action, and during which time the complaint and all other related filings shall remain under seal.

6. That the State of Washington initially received a copy of a draft complaint, indicating the matter was to be filed in U.S. District Court for the Eastern District of Washington. The attorney for the State subsequently learned the Complaint was filed in U.S. District Court for the Middle District of Tennessee.

7. That the Relator provided the United States and State of Washington over 300 pages of attachments to the Original Disclosure Statement. The Relator asserts the defendant submitted thousands of claims in violation of the False Claims Act over a span of years, from 2010 to 2017.

8. That the investigation is in its initial stage. The Relator is cooperating with the investigation, and the first interview with the Relator is scheduled for October 24, 2017.

9. That significant additional investigation is necessary to fully investigate the Relator's allegations as they pertain to the State's highly complex Medicaid program. The additional investigation is necessary before the State of Washington can determine whether to intervene in the matter. Accordingly, the requested extension is necessary to continue the investigation.

DECLARATION IN SUPPORT OF
MOTION FOR (1) TIME TO ELECT TO
INTERVENE AND (2) THE SEAL
NO. 3:17-CV-01040

3

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

Case 3:17-cv-01040   Document 22   Filed 10/06/17   Page 3 of 4 PageID #: 205

10. That this is the first extension that the State of Washington has requested in this case.

11. That the language of RCW § 74.66.050(3), parallels the language of 31 U.S.C. § 3730(b)(3), and good cause exists for the requested extension.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 5' day of October, 2017, Olympia, Washington.

ROBERT W. FERGUSON
Attorney General

KARL SLOAN, WSBA #27217
Assistant Attorney General
Medicaid Fraud Control Unit

DECLARATION IN SUPPORT OF MOTION FOR (1) TIME TO ELECT TO INTERVENE AND (2) THE SEAL
NO. 3:17-CV-01040

4

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

Case 3:17-cv-01040   Document 22   Filed 10/06/17   Page 4 of 4 PageID #: 206