```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675047858
Cashier ID: mgregory
Transaction Date: 10/24/2017
Payer Name: STATE OF WASHINGTON
------------------------------------
PRO HOC VICE
 For: Karl F. Sloan
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
------------------------------------
Paper Check Conversion
 Amt Tendered:  $75.00
------------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

For Case No. 3:17-cv-1040
```