UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE DIVISION

| | |
|---|---|
| [SEALED], <br><br> Plaintiffs, <br><br> v. <br><br> [SEALED], <br><br> Defendants. | CIVIL CASE NO. 3:17-cv-01040 <br> JUDGE TRAUGER <br><br> **FILED UNDER SEAL** <br><br> (PROPOSED) <br> ORDER GRANTING MOTION <br> FOR ADMISSION PRO HAC VICE |

ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE
NO. 3:17-CV-01040

1

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Division
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

Case 3:17-cv-01040   Document 26   Filed 10/24/17   Page 1 of 2 PageID #: 210

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. GREGG BECKER,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., et al.,<br><br>Defendants. | CIVIL CASE NO. 3:17-cv-01040<br>JUDGE TRAUGER<br><br>**FILED UNDER SEAL**<br><br>**(PROPOSED)**<br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

## ORDER

Considering the foregoing Motion to Admission *Pro Hac Vice*:

**IT IS HEREBY ORDERED,** that KARL SLOAN, from the Office of Attorney General for the State of Washington, be allowed to appear as counsel of record *pro hac vice*.

DATED this 24th day of October, 2017.

_____
ALETA A. TRAUGER
United States District Judge

Presented by:

_____
KARL SLOAN, WSBA #27217
Assistant Attorney General

---

ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE
NO. 3:17-CV-01040

2

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Division
PO Box 40114
Olympia, WA 98504-0124
(360) 586-8888