UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* GREGG BECKER, | ) ) ) ) Case No.: 3:17-cv-01040 |
| Plaintiffs, | ) ) ) Judge Aleta Trauger ) |
| COMMUNITY HEALTH SYSTEMS, INC., d/b/a COMMUNITY HEALTH SYSTEMS, PSC and CHS/COMMUNITY HEALTH SYSTEMS, INC. and ROCKWOOD CLINIC P.S., | ) **FILED UNDER SEAL** ) ) ) ) ) |
| Defendants. | ) |

---

## NOTICE OF DISMISSAL
---

Relator Gregg Becker, through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby requests that this action be dismissed without prejudice subject to the written consent of the United States Attorney General and the Court as provided in 31 U.S.C. §3730 (b)(1).

Respectfully Submitted,

/s/ Mary Schultz
Mary Schultz, WSBA #14198
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031

/s/ Michael Hamilton
Michael Hamilton BPR #010720
Provost Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215

/s/Janis Gorton  
Janis Gorton, TBA #24071063  
Joel Androphy  
Berg & Androphy  
3704 Travis Street  
Houston, TX 77002

**CERTIFICATE OF SERVICE**

I certify that on March 7, 2018, a true and correct copy of the foregoing Notice of Dismissal was delivered by email and/or by regular mail, postage prepaid, to the following:

Jason Ehrlinspiel  
Assistant U.S. Attorney  
United States Attorney's Office for the Middle District of Tennessee  
110 9th Avenue South, Ste. A-961  
Nashville, TN 37203  
Jason.ehrlingspiel@usdoj.gov

Mark Wildasin  
U.S. Attorney's Office  
110 9th Avenue South, Ste. A-961  
Nashville, TN 37203  
mark.wildasin@usdoj.gov

Jeff Sessions  
Attorney General  
U.S. Department of Justice  
950 Pennsylvania Avenue, NW  
Washington, D.C. 20530-0001

Bob Ferguson  
Washington Attorney General  
1125 Washington Street, SE  
P.O. Box 40100  
Olympia, WA 98504-0100

Civil Fraud Department  
U.S. Department of Justice  
Patrick Henry Bldg.  
601 D Street, NW #9607  
Washington, D.C. 20044

/s/ Michael Hamilton