THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| [SEALED],<br><br>Plaintiffs,<br><br>v.<br><br>[SEALED].<br><br>Defendant. | CIVIL CASE NO. 3:17-cv-01040<br>JUDGE TRAUGER<br><br>**FILED UNDER SEAL**<br><br>STATE OF WASHINGTION'S NOTICE OF CONSENT TO RELATOR'S VOLUNTARY DISMISSAL |

**STATE OF WASHINGTION NOTICE OF CONSENT TO RELATOR'S VOLUNTARY DISMISSAL**

NOTICE OF CONSENT TO RELATOR'S
VOLUNTARY DISMISSAL
17-CV-01040

1

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

Case 3:17-cv-01040   Document 29   Filed 03/30/18   Page 1 of 3 PageID #: 217

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| [UNITED STATES OF AMERICA, ex rel. GREGG BECKER,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., et al.,<br>Defendant | CIVIL CASE NO. 3:17-cv-01040<br>JUDGE TRAUGER<br><br>**FILED UNDER SEAL**<br><br>**STATE OF WASHINGTON'S NOTICE OF CONSENT TO RELATOR'S VOLUNTARY DISMISSAL** |

## NOTICE OF CONSENT TO RELATOR'S VOLUNTARY DISMISSAL

The State of Washington ("State") gives notice to the Court of its consent to Relator's dismissal of the above-captioned action, so long as the dismissal is without prejudice to the State of Washington.

1. On March 7, 2018, Relator filed his Notice of Voluntary Dismissal.
2. The State must consent to the dismissal of an action brought pursuant to RCW 74.66, the Medicaid Fraud False Claims Act. *See* RCW 74.66.050(1).
3. Pursuant to RCW 74.66.050(1), the State hereby gives notice of its consent to the dismissal of this action as to the Relator, so long as the dismissal is without prejudice to the State.

DATED this 29 day of March, 2018.

ROBERT W. FERGUSON
Attorney General

KARL SLOAN, WSBA #27217
Assistant Attorney General
Medicaid Fraud Control Unit
P.O. Box 40114
Olympia, WA 98504
Telephone: (360) 586-8888
Fax: (360) 586-8877
Email: KarlS1@ATG.WA.GOV

NOTICE OF CONSENT TO RELATOR'S VOLUNTARY DISMISSAL
17-CV-01040

2

Case 3:17-cv-01040 Document 29 Filed 03/30/18 Page 2 of 3 PageID #: 218

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

# CERTIFICATE OF SERVICE

I certify that I served a copy of the State of Washington's Notice of Consent to Relator's Voluntary Dismissal on all parties or their counsel of record on the date below as follows:

☒ US Mail Postage Prepaid
☐ ABC/Legal Messenger
☐ State Campus Delivery
☒ Courtesy Copy via Email

TO:

**Janis Gorton**
**Joel M. Androphy**
Berg & Androphy
3704 Travis Street
Houston, TX 77002
Email: jgorton@bafirm.com
Email: jandrophy@bafirm.com

**Mary Schultz**
Mary Schultz Law, P.S.
2111 E Red Barn Lane
Spangle, WA 99031
Email: Mary@MSchultz.com

**William Michael Hamilton**
Provost, Umphrey Law Firm, LLP
4205 Hillsboro Pike
Suite 303
Nashville, TN 37215
Email: mhamilton@pulf.com

**Jason Ehrlinspiel**
Assistant U.S. Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203-3870
Email: jason.ehrlinspiel@usdoj.gov

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this ___ day of March, 2018, at Olympia, WA.

_/s/ Kim Sobol_
KIMBERLY SOBOL
Legal Assistant

NOTICE OF CONSENT TO RELATOR'S
VOLUNTARY DISMISSAL
17-CV-01040

3

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

Case 3:17-cv-01040 Document 29 Filed 03/30/18 Page 3 of 3 PageID #: 219