IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SEALED CASE*** |
| v. | ) | 3:17-cv-01040 |
| | ) | Judge Trauger |
| COMMUNITY HEALTH SYSTEM, INC.,ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

The relator has filed a Notice of Dismissal, requesting to dismiss this case without prejudice (Docket No. 27), to which the United States (Docket No. 28) and the State of Washington (Docket No. 29) have consented. It is therefore ORDERED that this case is DISMISSED without prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 3rd day of April 2018.

_____
ALETA A. TRAUGER
U.S. District Judge