UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

United States of America, et al.

                Plaintiff,

v.                                          Case No.: 3:17−cv−01040
                                                     *SEALED*

Community Health Systems, Inc., et al.

                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/3/2018 re [30].

                                                             Keith Throckmorton, Clerk
                                                     s/ Althea Straughter, Deputy Clerk