IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SEALED CASE*** |
| v. | ) | 3:17-cv-01040 |
| | ) | Judge Trauger |
| COMMUNITY HEALTH SYSTEM, INC.,ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

At the government's request (Docket No. 28), it is hereby ORDERED that all documents in this record are hereby UNSEALED, **with the exception of Docket No. 18.**

It is so **ORDERED.**

Enter this 30th day of April 2018.

_____
ALETA A. TRAUGER
U.S. District Judge